Larry A. Hammond
Arizona State Bar No. 4049
Diane Meyers
Arizona State Bar No. 022599
OSBORN MALEDON, P.A.
2929 North Central Ave., 21st Floor
Phoenix, AZ 85012
Telephone: (602) 640-9361 & 9362
Facsimile: (602) 640-6076
Email: lhammond@omlaw.com; dmeyers@omlaw.com

LAW OFFICES OF DAVID H. BARTICK
Certified Specialist, Criminal Law
California State Bar No. 126132
101 West Broadway, Ste. 1950
San Diego, CA 92101-8220
Telephone: (619) 231-8900
Facsimile: (619) 231-8075
Email: db@barticklaw.com

MARK F. ADAMS
Attorney at Law
California State Bar No. 097377
964 Fifth Avenue, Ste. 214
San Diego, CA 92101
Telephone: (619) 239-4344
Facsimile: (619) 544-1429
Email: markadamsesq@yahoo.com

Attorney for Defendant
Francisco Javier Arellano-Felix

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Larry A. Burns, Judge)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 06CR2646-01-LAB |
| Plaintiff, | |
| v. | |
| FRANCISCO JAVIER ARELLANO-FEILIX, | EXPARTE APPLICATION FOR TRAVEL AUTHORIZATION |
| Defendant. | |

By Order dated April 27, 2007, this Court authorized travel to San Diego on May 7, 2007,

1  for the scheduled hearings on that date.  We have now discovered that it will not be possible for
2  counsel to meet with Mr. Arellano-Felix on May 7 and that any lawyer/client meeting would
3  need to occur on a different date.  With that in mind, we have made preliminary arrangements
4  to meet with the client on Sunday, May 6, 2007.  We are advised that in order to obtain tickets
5  and lodging a new Order of the Court is required.  We believe that it is most efficient and
6  appropriate for counsel to try to schedule client meetings and as many other meetings with
7  witnesses, experts, consultants and others as possible on any trip to San Diego.  We respectfully
8  request that the Court execute this Order.

Dated: May 2, 2007                          Respectfully submitted,

                                            Osborn Maledon, P.A.


                                            /s/ *Larry A. Hammond*
                                            Larry A. Hammond
                                            Diane M. Meyers
                                            Attorneys for Defendant
                                            Francisco Javier Arellano-Felix

06CR2646-01-LAB