1

2

3

4

5

6

7

UNDER SEAL

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED

14 NOV 13 PM 2: 06

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ᴎᴘ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )          Case No. 06CR2646-01-LAB
                                         )
                 Plaintiff,              )
                                         )
        v.                               )          SEALING ORDER
                                         )
FRANCISCO JAVIER                         )
        ARELLANO FELIX,                  )
                                         )
                 Defendant.              )
_____ )

IT IS HEREBY ORDERED, for good cause shown, that the attached Defense
Memorandum and Request to Reconsider the Extent of Modification of Sentence Under
Rule 35 and the attached Application For Sealing and this Sealing Order shall be filed
and maintained in the records of the court under seal.                    LAB

IT IS SO ORDERED.

DATED: __11-6-14__

Larry A Burns
HONORABLE LARRY A. BURNS
United States District Judge